# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE DANIEL GARCIA-MARTINEZ,<br><br>　　　　　　　Defendant. | CASE NO.:   21-CR-2718-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting of October 29, 2021, at 1:30 p.m. be continued to **December 3, 2021 at 1:30 p.m. before the Honorable Janis L. Sammartino.**

Time shall be excluded under the Speedy Trial Act to allow for preparation of Mr. Garcia-Martinez's defense and because the ends of justice served by continuing this hearing outweigh the interests of the public and the defendant in a speedy trial, 18 U.S.C. 3161 (h)(7)(A).

**SO ORDERED.**

Dated:  October 27, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge